

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2020

No. 04-19-00883-CR

Gabrielle **DE ARROYO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5788
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief was originally due on March 5, 2020. We granted a first extension and set Appellant's brief due on April 6, 2020. After the once-extended due date, Appellant filed a second motion for an extension of time to file the brief until May 22, 2020.

Appellant's motion is GRANTED. Appellant's brief is due on May 22, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court